UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BREE LYN C.-L., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-5400 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Commissioner's final decision is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation;

(3) The Clerk shall enter **JUDGMENT** and close this case; and

(4) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

Dated this 3rd day of December, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2